# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| NANCY BRITTON ) | |
| ) | |
| *Plaintiff* ) | Case No. 3:19-cv-00985-wmc |
| ) | |
| *v.* ) | Judge William M. Conley |
| ) | |
| HARTFORD LIFE AND ACCIDENT ) | Magistrate Judge Stephen L. Crocker |
| INSURANCE COMPANY ) | |
| ) | |
| *Defendant* ) | |

## STIPULATION OF DISMISSAL

All matters in controversy in the above captioned cause of action having been fully compromised, agreed, and settled pursuant to the terms of a written settlement agreement, plaintiff, Nancy Britton ("Plaintiff"), by her attorney, William E. Parsons, and defendant, Hartford Life And Accident Insurance Company ("Hartford"), by its attorney, Warren von Schleicher, hereby stipulate and agree to the dismissal of Plaintiff's Complaint and the above captioned lawsuit, with prejudice, each party to bear its own costs and attorneys' fees.

By: */s/ William E. Parsons* (with consent)  
    Attorney for Plaintiff,  
    Nancy Britton

    William E. Parsons (#1048594)  
    Hawks Quindel, S.C.  
    409 East Main Street  
    Madison, WI 53701-2155  
    P: 608-257-0040  
    wparsons@hq-law.com

By: */s/ Warren von Schleicher*  
    Attorney for Defendant,  
    Hartford Life And Accident Insurance Company

    Warren von Schleicher (IL 6197189)  
    SMITH | VON SCHLEICHER + ASSOCIATES  
    180 North LaSalle Street, Suite 3130  
    Chicago, Illinois 60601  
    P: 312-541-0300  
    warren.vonschleicher@svs-law.com

SO ORDERED:

Dated: _____    _____  
                                                     United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 12, 2020, I electronically filed the foregoing with the Clerk of the court using the CM/ECF system, which will send notification of such filing on the following attorneys:

William E. Parsons
Jessa L. Victor
Hawks Quindel, S.C.
409 East Main Street
Madison, WI 53701-2155
wparsons@hq-law.com
jvictor@hq-law.com

                                               */s/ Warren von Schleicher*
                                               SMITH | VON SCHLEICHER + ASSOCIATES
                                               180 North LaSalle St. Suite 3130
                                               Chicago, Illinois 60601
                                               P 312.541.0300 | F 312.541.0933
                                               warren.vonschleicher@svs-law.com
                                               Ill. Bar No. 6197189